# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIRBY INLAND MARINE LP** | **CIVIL ACTION** |
| **VERSUS** | |
| **HOUSTON LP, ET AL.** | **NO.: 11-00264-BAJ-RLB**<br>**C/W 11-00737-BAJ-RLB** |

### PARTIAL JUDGMENT

Considering Third Party Defendant Intertek USA, Inc.'s unopposed **Motion for Entry of Final Judgment (Doc. 88)**; and

For the written reasons assigned in the Court's Ruling and Order (Doc. 87), dismissing Third Party Plaintiffs LBC Baton Rouge, L.L.C., LBC Houston, L.P., and LBC Opertations (U.S.), L.L.C.'s claims against Third Party Defendant Intertek USA, Inc., with prejudice;

**IT IS ORDERED** that Third Party Defendant Intertek USA, Inc.'s **Motion for Entry of Final Judgment (Doc. 88)** is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that **JUDGMENT** is hereby rendered in favor of Third Party Defendant Intertek USA, Inc. and against Third Party Plaintiffs LBC Baton Rouge, L.L.C., LBC Houston, L.P., and LBC Opertations (U.S.), L.L.C.

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate Third Party Defendant Intertek USA, Inc. from this matter, and all consolidated matters.

Baton Rouge, Louisiana, this 27th day of May, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**